**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__EASTERN__ District of __NEW YORK__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  130-50 228 LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  86-3515154

4. **Debtor's address**

   **Principal place of business**
   130-50 228 STREET
   Number    Street

   _____

   LAURELTON    NY    11413
   City    State    ZIP Code

   QUEENS
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street

   _____

   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)  _____

Debtor  **130-50 228 LLC**_____     Case number (*if known*)_____
           Name

**6. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☒ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor   130-50 228 LLC _____   Case number (*if known*)_____
      <sub>Name</sub>

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes. District _____ When _____ Case number _____
                                MM / DD / YYYY

If more than 2 cases, attach a separate list.
     District _____ When _____ Case number _____
                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes. Debtor _____ Relationship _____
     District _____ When _____
                                             MM / DD / YYYY

List all cases. If more than 1, attach a separate list.
     Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☒ Other   FORECLOSURE_____

    **Where is the property?** 130-50 228 STREET_____
                                <sub>Number    Street</sub>

                                LAURELTON_____  NY   11413_____
                                <sub>City                                 State  ZIP Code</sub>

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name   _____
           Phone          _____

---

**Statistical and administrative information**

Debtor  130-50 228 LLC
        Name                                             Case number (*if known*) _____

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☒ 1-49 ☐ 1,000-5,000 ☐ 25,001-50,000<br>☐ 50-99 ☐ 5,001-10,000 ☐ 50,001-100,000<br>☐ 100-199 ☐ 10,001-25,000 ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000 ☐ $1,000,001-$10 million ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000 ☐ $10,000,001-$50 million ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000 ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion<br>☒ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 ☐ $1,000,001-$10 million ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000 ☐ $10,000,001-$50 million ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000 ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion<br>☒ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/12/2023
             MM / DD / YYYY

✘ /s/ Stanley Grant                              _____
Signature of authorized representative of debtor    Printed name

Title  CEO

Debtor  130-50 228 LLC
        Name                                                                    Case number (*if known*)_____

18. **Signature of attorney**          ✘ _____     Date   _____
                                         Signature of attorney for debtor           MM   / DD / YYYY

                                         _____
                                         Printed name
                                         _____
                                         Firm name
                                         _____
                                         Number        Street
                                         _____  _____  _____
                                         City                                             State       ZIP Code

                                         _____          _____
                                         Contact phone                                    Email address

                                         _____  _____
                                         Bar number                                              State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy              page **5**

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                             $ 650,000.00

   b. Total debts (including debts listed in 2.c., below)      $ 650,000.00

   c. Debt securities held by more than 500 holders

                                                               Approximate number of holders:

   secured ☐  unsecured ☐  subordinated ☐  $ _____    _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____    _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____    _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____    _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____    _____

   d. Number of shares of preferred stock                      _____
   e. Number of shares common stock                            _____

   Comments, if any: _____

3. Brief description of debtor's business:    Single Real Estate

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   Stanley Grant

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In Re:                                                                                    Case No.

                                                                                                Chapter 11

130-50 228 LLC



                                                    Debtor(s)
---------------------------------------------------------x



## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS


        The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.



Dated: Brooklyn, New York



      130-50 228 LLC
Debtor


_____
Joint Debtor


s/
Attorney for Debtor

Enter First Creditor Name and Address Below

Pincus Law Group
426 NRXR Plaza
Uniondale NY 11566

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

**Use the fields to the left to enter the names and addresses of your creditors. Use a maximum of four lines for each creditor's address/city/state/zip. When all information for the first creditor has been entered, move to the next set of fields and enter the additional creditors.**

**Use the following example as a guide:**

**Bank Savings of America**
**123 South Main Street**
**Suite 3B**
**P.O. Box 12345**
**Las Vegas, NV 89101**

**Quick Loans**
**Store 156**
**8709 Las Vegas Blvd So.**
**Las Vegas, NV 89108**

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Enter Next Creditor Name and Address Below

Print

Save As...